# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| W&D Interim Lender LLC, a Delaware limited liability company, | Hon. Virginia M. Kendall |
| Plaintiff, | Case No. 1:20-cv-06127 |
| v. | Real Property Address: |
| Mayflower Vernon Hills, LLC, a Delaware limited liability company, | 350 North Milwaukee Avenue<br>Vernon Hills, IL 60061 |
| Defendant. | Commercial Foreclosure |

## NOTICE OF MOTION

To:     Attached service list.

PLEASE TAKE NOTICE that on March 6, 2023 at 9:00 a.m., the undersigned will appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Room 2503 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present ***RECEIVER'S MOTION TO APPROVE ASSET PURCHASE AGREEMENT***, a copy of which is hereby served upon you.

Dated: February 27, 2023

**LONG HILL AT MAYFLOWER, LLC**

By:  /s/ *Julia D. Riedel Emfinger*
One of Its Attorneys

Nancy A. Peterman
Julia D. Riedel Emfinger
Greenberg Traurig, LLP
77 W. Wacker, Suite 3100
Chicago, IL 60601
(312) 456-8400
petermann@gtlaw.com
emfingerj@gtlaw.com

**SERVICE LIST**

Mayflower Vernon Hills, LLC
Attn:   Christopher Falkowski
           Cody Erwin
800 Third Avenue, Building 25
New York, NY 10022
cfalkowski@cscapitaladvisors.com
cody.erwin@jeacorp.com

James R. Cass, Esq.
Robinson Bradshaw
jcass@robinsonbradshaw.com
*Counsel for Cody Erwin (Guarantor and 50% member of Borrower)*

Nancy Olson, Esq.
Skadden, Arps, Slate Meagher & Flom, LLP
Nancy.olson@skadden.com
*Counsel for Mayflower Vernon Hills Investor, LLC (50% member of Borrower)*

Katherine R. Catanese, Esq.
Foley & Lardner LLP
kcatanese@foley.com
*Counsel for Jerry Erwin Associates, Inc. ("JEA") (Manager)*

**CERTIFICATE OF SERVICE**

    Julia D. Riedel Emfinger, an attorney, hereby certifies that on February 27, 2023, a copy of the foregoing ***NOTICE OF MOTION*** and ***RECEIVER'S MOTION TO APPROVE ASSET PURCHASE AGREEMENT*** were served by electronic mail on the following parties and on all parties of record by the Court's CM/ECF filing system:

Mayflower Vernon Hills, LLC
Attn:   Christopher Falkowski
        Cody Erwin
800 Third Avenue, Building 25
New York, NY 10022
cfalkowski@cscapitaladvisors.com
cody.erwin@jeacorp.com

James R. Cass, Esq.
Robinson Bradshaw
jcass@robinsonbradshaw.com
*Counsel for Cody Erwin (Guarantor and 50% member of Borrower)*

Nancy Olson, Esq.
Skadden, Arps, Slate Meagher & Flom, LLP
Nancy.olson@skadden.com
*Counsel for Mayflower Vernon Hills Investor, LLC (50% member of Borrower)*

Katherine R. Catanese, Esq.
Foley & Lardner LLP
kcatanese@foley.com
*Counsel for Jerry Erwin Associates, Inc. ("JEA") (Manager)*

                                                           /s/ *Julia D. Riedel Emfinger*
                                                             Julia D. Riedel Emfinger

ACTIVE 685656434v1